# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### CIVIL ACTION NO. 5:08-CV-00238-FL

NATIONAL GENETICS INSTITUTE,   )
and BAXTER HEALTHCARE   )
CORPORATION,   )
  )
      Plaintiffs,   )
  )
vs.   )
  )
TALECRIS BIOTHERAPEUTICS, INC., )
  )
      Defendant.   )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, National Genetics Institute and Baxter Healthcare Corporation, by and through counsel, hereby give notice of the Voluntary Dismissal of all claims in the above-captioned matter without prejudice.

This 15th day of September, 2008.

/s/   E. Danielle T. Williams
Steven Gardner (NC Bar #20984)
E. Danielle T. Williams (NC Bar #23283)
Frank W. Leak, Jr. (NC Bar #27937)
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
e-mail: sgardner@kilpatrickstockton.com
e-mail: dtwilliams@kilpatrickstockton.com
e-mail: fleak@kilpatrickstockton.com

Hayden J. Silver, III (NC Bar #10037)
KILPATRICK STOCKTON LLP
3737 Glenwood Avenue

Raleigh, NC 27612
Telephone: (919) 420-1700
Facsimile: (919) 420-1880
e-mail: jaysilver@kilpatrickstockton.com

*Attorneys for Plaintiff National Genetics Institute*


/s/ William O.L. Hutchinson
William O. L. Hutchinson, Esq. (NC Bar No. 32742)
whutchinson@kslaw.com
KING & SPALDING LLP
One Morrocroft Centre
6805 Morrison Boulevard, Suite 200
Charlotte, North Carolina 28211
Telephone: (704) 503-2563
Fax: (704) 503-2622

*Attorneys for Baxter Healthcare Corporation*

OF COUNSEL:                          Kenneth H Sonnenfeld, Ph.D., Esq.
                                     ksonnenfeld@kslaw.com
                                     Scott T. Weingaertner, Esq.
                                     sweingaertner@kslaw.com
                                     KING & SPALDING LLP
                                     1185 Avenue of the Americas
                                     New York, NY 10036-4003
                                     Phone: (212) 556-2324
                                     Fax: (212) 556-2222

*Attorneys for Baxter Healthcare Corporation*

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2008, I electronically filed the foregoing **NOTICE OF VOLUNTARY DISMISSAL** with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the following:

Michael E. Ray
Jacob S. Wharton
Womble Carlyle Sandridge &
  Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: 336-721-2600
Facsimile: 336-721-3660
Email: mray@wcsr.com
Email: jwharton@wcsr.com

Paul J. Berman
George F. Pappas
Michael A. Schlanger
Scott C. Weidenfeller
Covington & Burling, LLP
1201 Pennsylvania Ave., N.W.
Washington, DC 20004-2401
Telephone: 202-662-6000
Facsimile: 202-662-6291
Email: pberman@cov.com
Email: gpappas@cov.com
Email: mschlanger@cov.com
Email: sweidenfeller@cov.com

Kirran Bari
Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
Telephone: 415-591-6000
Facsimile: 415-955-6511
Email: kbari@cov.com


/s/    E. Danielle T. Williams

*Attorney for Plaintiff National Genetics Institute*
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500